**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
*E-mail: bheikali@faruqilaw.com*
Ruhandy Glezakos (SBN 307473)
*Email: rglezakos@faruqilaw.com*
Joshua Nassir (SBN 318344)
*E-mail: jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Attorneys for Plaintiff
MARY CONDREAY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CONDREAY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br>Defendant. | Case No.: 2:21-cv-07100<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mary Condreay ("Plaintiff"), by and through her counsel of record, hereby voluntarily dismiss all her claims in the above-captioned action, without prejudice, against Edgewell Personal Care Brands, LLC.

Defendant Edgewell Personal Care Brands, LLC has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss all her claims in this action against Defendant Edgewell Personal Care Brands, LLC, without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: October 21, 2021           **FARUQI & FARUQI, LLP**

*/s/ Benjamin Heikali*
Benjamin Heikali
Ruhandy Glezakos
Joshua Nassir